```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 04 B 26282
     ANNIE BURTON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-2795


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/15/2004 and was confirmed 12/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  24.94% from remaining funds.

     The case was paid in full 10/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
AMERICASH LOANS LLC       UNSECURED OTH       792.28             .00          197.72
AT&T CREDIT MANAGEMENT    UNSECURED        NOT FILED             .00             .00
CAPITAL ONE AUTO FINANCE  UNSECURED         17239.17             .00         4299.79
CHILDRENS MEMORIAL HOSPI  UNSECURED        NOT FILED             .00             .00
CITY COLLEGES OF CHICAGO  UNSECURED        NOT FILED             .00             .00
CITY OF CHICAGO PARKING   UNSECURED          5540.00             .00         1381.79
COMMONWEALTH EDISON       UNSECURED           539.50             .00          134.56
ISAC                      UNSECURED         20449.23             .00         5100.45
INSTANT CASH ADVANCE      UNSECURED        NOT FILED             .00             .00
MCI                       UNSECURED        NOT FILED             .00             .00
NATIONAL QUICK CASH       UNSECURED        NOT FILED             .00             .00
NORTHEASTERN ILLINOIS UN  UNSECURED           951.40             .00          237.30
PAYDAY LOAN               UNSECURED           584.93             .00          145.89
AT & T BANKRUPCTY         UNSECURED        NOT FILED             .00             .00
STEPHAN SNEP              UNSECURED          3834.34             .00          956.36
UNIVERSITY OF IL AT CHIC  UNSECURED        NOT FILED             .00             .00
TIMOTHY K LIOU            UNSECURED          2501.00             .00          623.80
A ALL FINANCIAL SERVICES  UNSECURED           507.42             .00          126.56
INTERNAL REVENUE SERVICE  UNSECURED          2416.59             .00          602.75
INTERNAL REVENUE SERVICE  PRIORITY            526.94             .00          526.94
PETER FRANCIS GERACI      ATTORNEY           2700.00             .00         2700.00
PRO SE DEBTOR             DEBTOR ATTY           .00                              .00
TOM VAUGHN                TRUSTEE                                             966.09
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  18,000.00

PRIORITY                                        526.94

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 26282 ANNIE BURTON
```

```
SECURED                                                              .00
UNSECURED                                                      13,806.97
ADMINISTRATIVE                                                  2,700.00
TRUSTEE COMPENSATION                                              966.09
DEBTOR REFUND                                                        .00
                                      ----------------    ----------------
TOTALS                                       18,000.00          18,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 01/28/08              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```